

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mark Little, Appellant

No. 06-16-00055-CV     v.

The Swan Asbestos and Silica Settlement
Trust, Appellees

Appeal from the 196th District Court of
Hunt County, Texas (Tr. Ct. No. 83004).
Opinion delivered by Chief Justice Morriss,
Justice Moseley and Justice Burgess
participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Mark Little, pay all costs of this appeal.

RENDERED OCTOBER 19, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk